FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0372

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0372

---

STATE OF MONTANA,

   Plaintiff and Appellee,

  v.

MICKEY RODNEY PAYNE,

   Defendant and Appellant.

---

## ORDER

---

Upon consideration of Counsel's motion to withdraw as counsel of record, and good cause appearing, IT IS HEREBY ORDERED that the Defendant/Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Defendant/Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2020